UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LILLIAN IDA CLABOUGH, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) No. 3:19-cv-235 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| *Defendant*. | ) |

## **O R D E R**

United States Magistrate Judge Debra C. Poplin filed a report and recommendation (the "R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Doc. 36). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations (Doc. 36).

Accordingly, it is **ORDERED** that Plaintiff's motion for attorney fees (Doc. 24) is **GRANTED**, and Plaintiff is awarded $5,130.12 in attorney fees and $29.60 in expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2142. However, in accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Court notes the EAJA fees are payable to Plaintiff as the litigant and may be subject to offset to satisfy a pre-exiting debt that Plaintiff owes to the United States. If Plaintiff owes no debt to the United States, the payment of the EAJA fees can be made directly to Plaintiff's counsel per the assignment.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**